■ BRYCE M. COLWELL, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 112757.) [858 NYS2d 645]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered April 23, 2007. The order, insofar as appealed from, denied in part claimant's motion to compel discovery.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.